| | |
|---|---|
| DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO<br><br>Fourth Judicial District<br>270 South Tejon Street<br>Colorado Springs, Colorado   80903 | DATE FILED: July 6, 2018 11:14 AM<br>FILING ID: B3083A1F1927F<br>CASE NUMBER: 2018CV31459 |
| KEITH GARCIA<br><br>          Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>          Defendant. | ▲ COURT USE ONLY ▲<br><br><br>Case No.: 18CV031459<br><br>Div.: 13 |
| Winston Law Firm, P.C.<br>Joseph R. Winston, #20508<br>1009 South Tejon Street<br>Colorado Springs, Colorado 80903<br>Phone Number:(719) 442-6734<br>Fax Number:    (719) 442-2278<br>E-mail: winstonpc1@aol.com | |
| **AMENDED COMPLAINT** ||

COMES NOW the Plaintiff, Keith Garcia, by and through his attorneys, the Winston Law Firm, P.C. and Heuser & Heuser, L.L.P., and submits the following as his Complaint.

## JURISDICTION

1. At all times relevant to the subject case, the Plaintiff was a resident of El Paso County, Colorado.

2. Defendant is an insurance company licensed to conduct business in the State of Colorado.

3. Plaintiff is an insured under a policy issued by Defendant. This policy includes UIM coverage.



EXHIBIT A

4. On April 26, 2017, Plaintiff was involved in a motor vehicle collision with a vehicle driven by Victoria Reed Victoria Reed was at fault in causing the collision. Plaintiff was injured in the collision. The collision occurred in Colorado Springs, Colorado.

5. Victoria Reed was insured by American Family Insurance when the collision occurred.

6. Plaintiff due to his injuries in the automobile collision incurred the following injuries, damages and losses:

    i. Medical Expenses of $23,657.55;
    ii. Out-of-Pocket Expenses;
    iii. Permanent Disability;
    iv. Permanent Impairment;
    v. Loss of Life's Enjoyment;
    vi. Pain and Suffering; and
    vii. Future Medical Expenses.

7. Plaintiff settled his claim with Victoria Reed and American Family Insurance for $25,000.00. Plaintiff had permission to settle from Defendant. Policy limits were $25,000.00.

8. Plaintiff made a demand to Defendant for UIM benefits.

9. Plaintiff has existing economic damages of over $25,000.00. Plaintiff also has damages for future medical care, permanent disability and non-economic damages. Despite this the Defendant failed to pay Plaintiff's under insured motorist claim and has indicated it will pay Plaintiff the amount of $1,500.00 for his underinsured motorist claim.

## FIRST CLAIM FOR RELIEF
### C.R.S. § 10-3-1115 & 1116

10. Plaintiff incorporates paragraphs 1-9, above.

11. Defendant has delayed and denied payment of a covered benefit without a reasonable basis.

12. Plaintiff, based on Defendant's conduct, is entitled to an award of additional double damages, reasonable attorney fees and costs.

## SECOND CLAIM FOR RELIEF
Breach of Contract

13. The Plaintiff incorporates paragraphs 1 - 12, above.

14. By refusing to pay underinsured motorist benefits Defendant has breached the contract between the parties.

WHEREFORE, the Plaintiff requests the Court enter judgment against the Defendant in an amount sufficient to compensate him for his breach of contract claim, together with interest, additional double damages, reasonable attorney fees and costs.

Respectfully submitted this 6th day of July, 2018.

                        WINSTON LAW FIRM, P.C.
                        *Duly signed original on file at Winston Law Firm, P.C.*

                        /s/ Joseph R. Winston
                        Joseph R. Winston, #20508

Plaintiff's Address
11009 Scenic Brush Drive
Peyton, CO 80831